UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PUBLIC EMPLOYEES' RETIREMENT : 
SYSTEM OF MISSISSIPPI, Individually :
And on Behalf of All Others Similarly :
Situated, :
: Civil Action No. 09-CV-1110 (HB)
    Plaintiff, :
  v. : ECF CASE
:
THE GOLDMAN SACHS GROUP, INC., :
et al., :
:
    Defendants. :

---

**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR (I) PRELIMINARY APPROVAL OF SETTLEMENT, (II) APPROVAL OF THE FORM AND MANNER OF NOTICE TO THE CLASS, AND (III) SCHEDULING OF A SETTLEMENT HEARING**

                BERNSTEIN LITOWITZ BERGER
                  & GROSSMANN LLP
                David L. Wales
                Lauren A. McMillen
                Stephen L. Brodsky
                1285 Avenue of the Americas, 38th Floor
                New York, NY 10019
                Telephone: (212) 554-1400
                Facsimile: (212) 554-1444

                 -and-

                David R. Stickney
                12481 High Bluff Drive, Ste. 300
                San Diego, CA 92130
                Telephone: (858) 793-0070
                Facsimile: (858) 793-0323

*Class Counsel and Counsel for Lead Plaintiff and Class Representative Public Employees' Retirement System of Mississippi*

TO:   All Counsel of Record

PLEASE TAKE NOTICE that pursuant to the Court's July 17, 2012 Order (ECF No. 138), and upon the Stipulation and Agreement of Settlement between Lead Plaintiff and Defendants The Goldman Sachs Group, Inc., Goldman, Sachs & Co., Goldman Sachs Mortgage Co., GS Mortgage Securities Corp., Jonathan S. Sobel, Daniel L. Sparks and Mark Weiss ("Defendants"; collectively with Lead Plaintiff, the "Settling Parties"), attached as Exhibit 1 to the accompanying Memorandum of Law; and all other papers and proceedings herein, Lead Plaintiff will and hereby does move this Court, under Rule 23 of the Federal Rules of Civil Procedure, for an order preliminarily approving the Settlement of the above-captioned action, and approving the form and manner of notice to Class members.

Submitted herewith is a copy of the Settling Parties' agreed-upon form of [Proposed] Order Preliminarily Approving Settlement And Providing For Notice.

> **BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**
>
> By: *[signature: David L. Wales]*
> David L. Wales
> Lauren A. McMillen
> Stephen L. Brodsky
> 1285 Avenue of the Americas
> New York, New York 10019
> (212) 554-1400
>
> -and-
>
> David R. Stickney (admitted *pro hac vice*)
> 12481 High Bluff Drive, Suite 300
> San Diego, California 92130
> (858) 793-0070
>
> *Class Counsel and Counsel for Lead Plaintiff and Class Representative Public Employees' Retirement System of Mississippi*