UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PUBLIC EMPLOYEES' RETIREMENT SYSTEM OF MISSISSIPPI, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GOLDMAN SACHS GROUP, INC., et al.,<br><br>　　　　　　　　　Defendants. | Civil Action No. 09-CV-1110-HB<br><br>ECF CASE<br><br><u>CLASS ACTION</u> |

### NOTICE OF LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES

TO:　　All Counsel of Record

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and 23(h) and this Court's Administrative and Notice Order filed August 13, 2012, and upon the Declaration of David Wales in Support of (A) Lead Plaintiff's Motion for Approval of Class Action Settlement and Plan of Allocation and (B) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses; the Memorandum of Law in Support of Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses ("Fee Brief"); and all other papers and proceedings herein, Lead Counsel will and does hereby move this Court on November 8, 2012 at 10:00 a.m. in the Courtroom of the Honorable Harold Baer, Jr., at the United States District Court for the Southern District of New York, 500 Pearl Street, Courtroom 23B, New York, New York 10007, or at such other location and time as set by the Court, for entry of an Order awarding attorneys' fees and reimbursement of expenses as set forth in the Fee Brief.

Dated:  October 4, 2012

BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP

/s/ David Wales
DAVID WALES

David Wales
Lauren A. McMillen
Stephen L. Brodsky
1285 Avenue of the Americas, 38th Floor
New York, NY 10019
Telephone:  (212) 554-1400
Facsimile:  (212) 554-1444
   -and-
David R. Stickney
Niki L. Mendoza
12481 High Bluff Drive, Ste. 300
San Diego, CA 92130
Telephone:  (858) 793-0070
Facsimile:   (858) 793-0323

*Class Counsel and Counsel for Lead Plaintiff and Class Representative Public Employees' Retirement System of Mississippi*

2