**MANDATE**

S.D.N.Y.–N.Y.C.
09-cv-1110
Baer, J.
Freeman, M.J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 13th day of June, two thousand twelve.

Present:
 Ralph K. Winter,
 José A. Cabranes,
 Susan L. Carney,
  *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: January 4, 2013

Goldman Sachs Group, Inc., *et al.*,

 *Petitioners*,

v.   12-614

Public Employees' Retirement System of Mississippi, Individually, on behalf of all others similarly situated,

 *Respondent*,

McGraw-Hill Companies, Inc., *et al.*,

 *Defendants*.

The petition of defendants for leave to appeal the District Court's order granting plaintiff's motion for class certification is hereby GRANTED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

SAO-WJF

MANDATE ISSUED ON 01/04/2013